NO. 07-01-0449-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 30, 2001

_____

IN THE INTEREST OF THE VALDEZ CHILDREN

_____

FROM THE COUNTY COURT AT LAW OF MOORE COUNTY;

NO. CL6700; HONORABLE DELWIN MCGEE, JUDGE

_____

Before QUINN and REAVIS and JOHNSON, JJ.

On October 25, 2001, appellant Paul Valdez gave *pro se* notice of appeal from an order in Cause No. CL6700 in the County Court at Law of Moore County which modified the amount of child support he was required to pay. On November 1, 2001, the clerk of this court received and filed a *pro se* notice signed by appellant which stated that appellant wished to withdraw his appeal.

Accordingly, without passing on the merits of the case, appellant's request to withdraw his appeal is granted and the appeal is dismissed. Tex. R. App. P. 42.1(a)(2).

Inasmuch as the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith. All costs are assessed to the parties incurring the same.

Phil Johnson
Justice

Do not publish.